UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>PRESTON HENRY TOLTH,<br><br>Defendant-Appellee. | C.A. No. 24-2900<br><br>D. Ct. No. CR 23-08043-PCT-DLR<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND SUGGESTION FOR REHEARING EN BANC** |

The United States, by and through its attorneys, Timothy Courchaine, United States Attorney for the District of Arizona, and Tracy Van Buskirk, Assistant United States Attorney, respectfully moves this Court for an extension of approximately 60 days within which to file a petition for panel rehearing and suggestion for rehearing en banc (currently due September 2, 2025), in accordance with Fed. R. App. P. 40, up to and including October 31, 2025, for the following reasons:

1) This Court issued a memorandum in the above case on August 19, 2025.

2) An extension of time within which to file a petition for rehearing and suggestion for rehearing en banc is necessary to allow attorneys within the District of Arizona, the Department of Justice, and Solicitor General's Office to review the memorandum and determine whether the government will file a petition for

rehearing. The Solicitor General must authorize any petition for rehearing en banc, and the government could choose to file a petition for panel rehearing. The government also needs additional time to complete any petition that may be filed.

3) The above internal review and drafting is not expected to be completed within the 14-day period provided for by Fed. R. App. P. 40.

4) The defendant is in custody on this matter.

5) Defense counsel Keith Hilzendeger was contacted and has no objection to this motion.

Respectfully submitted on August 26, 2025.

> TIMOTHY COURCHAINE
> United States Attorney
> District of Arizona
>
> *s/ Tracy Van Buskirk*
> TRACY VAN BUSKIRK
> Assistant U.S. Attorney
> Two Renaissance Square
> 40 North Central Avenue, Suite 1800
> Phoenix, Arizona 85004-4449
> Telephone: (602) 514-7500

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

*s/ Tracy Van Buskirk*
TRACY VAN BUSKIRK
Assistant U.S. Attorney
